**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Clover, | No. CV-23-00153-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| DGL Group Limited, et al., | |
| Defendants. | |

On January 17, 2025, defendants DGL Group, Ltd. and Walmart Inc. filed a motion for summary judgment and a motion to exclude plaintiff Charles Clover's expert witness. (Doc. 79, 80.) On February 18, 2025, Clover filed a motion requesting the court deny the motion in limine as premature or grant an extension until February 20 for Clover to file his opposition to that motion. (Doc. 82 at 1.) On February 19, 2025, Clover filed a separate motion requesting an extension until February 21, 2025, for the filing of his opposition to the motion for summary judgment.

As the court explained in its August 21, 2024, order, "a party moving for an extension of time . . . shall indicate in the motion whether the non-movant opposes the request." (Doc. 69 at 8.) Clover's motions do not comply with this requirement. In addition, both motions seek extensions of expired deadlines. In the future, Clover must comply with the court's procedures and indicate whether defendants oppose the relief they seek. Clover must also seek an extension of time before the deadline.

The motion for summary judgment depends in part on the admissibility of the expert

testimony. Because of that, the court will require full briefing on the motion in limine. Clover's request for an extension of time to file his opposition to the motion in limine is granted. Clover's requested extension for his opposition to the motion for summary judgment is very short. That motion is granted.

Accordingly,

**IT IS ORDERED** the Motion to Deny (Doc. 82) is **GRANTED IN PART**. No later than **February 20, 2025**, Plaintiff shall file his opposition to the motion in limine.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 83) is **GRANTED**. No later than **February 20, 2025**, Plaintiff shall file his opposition to the motion for summary judgment.

Dated this 19th day of February, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge